# Order

**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

136436(114)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SEYBURN, KAHN, GINN, BESS,
DEITCH AND SERLIN, P.C.,
            Plaintiff-Appellant,

v

SC: 136436
COA: 272903
Oakland CC: 1999-018126-CK

KIRIT BAKSHI,
            Defendant-Appellee.

_____/

On order of the Court, the defendant's motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

Clerk

p1214